[No. 25527-4-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS DEAN ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00349-2, Byron L. Swedberg,

J., entered January 11, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Forrest, J.